UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL KEITH WILSON,<br><br>Plaintiff,<br><br>v.<br><br>SISKIYOU COUNTY JAIL,<br><br>Defendant. | No. 2:23-cv-01358-DAD-EFB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION DUE TO PLAINTIFF'S FAILURE TO PROSECUTE AND FAILURE TO OBEY A COURT ORDER<br><br>(Doc. No. 17) |

Plaintiff Daniel Keith Wilson is a county jail inmate proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 17, 2024, the assigned magistrate judge issued findings and recommendations recommending this action be dismissed, without prejudice, due to plaintiff's failure to prosecute this action and obey a court order. (Doc. No. 17.) In particular, on April 24, 2024, the court screened plaintiff's complaint, explained the deficiencies therein, and granted plaintiff thirty (30) days in which to file an amended complaint to cure the deficiencies. (Doc. No. 16.) To date, plaintiff has not filed an amended complaint or otherwise communicated with the court. Accordingly, the pending findings and recommendations were issued and served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after

1

service.  (Doc. No. 17 at 1–2.)  To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on June 17, 2024 (Doc. No. 17) are adopted in full;
2. This action is dismissed, without prejudice, due to plaintiff's failure to prosecute this action and failure to obey a court order; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **September 6, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2